# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| RAOUL M. PERSAUD, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-02206-ECR-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| UNIVERSAL HEALTH SERVICES, INC., ) | |
| dba and aka SUMMERLIN HOSPITAL, *et al.*, ) | Motion to Extend (#20) |
| ) | |
| Defendants. ) | |
| ) | |

This matter is before the Court on Plaintiff Raoul Persaud's Motion for Enlargement of Time to Conduct Discovery and Extend Discovery Deadline (#20), filed May 4, 2011, and Defendants' Response to Plaintiff's Motion for Enlargement of Time to Conduct Discovery and to Extend Discovery Deadline (#23), filed May 9, 2011.

Pursuant to Fed. R. Civ. P. 6(b) and LR 6, extensions of time may be granted for good cause shown. Plaintiff requests a 90 day enlargement of the discovery period until October 24, 2011. Defendants do not oppose the extension and the Court finds Plaintiff has shown good cause. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Raoul Persaud's Motion for Enlargement of Time to Conduct Discovery and Extend Discovery Deadline (#20) is **granted** as follows:

    1.    Last day of discovery:    October 24, 2011;

    2.    Initial Expert disclosure due:    August 24, 2011;

    3.    Rebuttal Expert disclosure due:    September 23, 2011;

    4.    Dispositive Motions filed before:    November 23, 2011; and

. . .

. . .

5. Joint Pretrial Order due: December 22, 2011.

DATED this 10th day of May, 2011.

_____
**GEORGE FOLEY, JR.**
**United States Magistrate Judge**